1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
3  Phone: (650) 801-5000
   Facsimile: (650) 801-5100
4
   Attorneys for Plaintiff,
5  NexTag, Inc.

6  COOLEY GODWARD LLP
     Patrick P. Gunn (Bar No. 172258)
7  101 California Street, 5th Floor
   San Francisco, California 94111-5800
8  Phone: (415) 693-2000
   Facsimile: (415) 693-2222
9
   Attorneys for Defendants,
10 The Loan Page Inc. and Owen McCumber

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15 NEXTAG, INC., a Delaware Corporation,    )   CASE NO. 05-04184
                                            )
16                 Plaintiff,               )   **STIPULATION**
                                            )   **AND [PROPOSED] ORDER OF**
17        v.                                )   **DISMISSAL WITH PREJUDICE**
                                            )
18 THE LOAN PAGE INC., a Delaware           )
                        Corporation,        )
19                                          )
          and                               )
20                                          )
   OWEN McCUMBER, an individual,            )
21                                          )
                   Defendants.              )
22                                          )

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 05-04184

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY
2  STIPULATED AND AGREED by and between Plaintiff NexTag, Inc. ("NexTag") and
3  Defendants The Loan Page Inc. ("The Loan Page") and Owen McCumber (collectively,
4  "Defendants"), through their respective counsel of record, as follows:

5      1.    All claims in NexTag's Complaint against Defendants are hereby
6  dismissed with prejudice; and

7      2.    All parties shall bear their own costs and attorneys' fees in connection
8  with the prosecution and defense of the above-referenced claims.

10  DATED: December 8, 2005

12  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14  By: _____
15  Claude M. Stern
    Attorneys for Plaintiff,
16  NexTag, Inc.

17  COOLEY GODWARD LLP

19  By: _____
    Patrick P. Gunn
20  Attorneys for Defendants,
    The Loan Page Inc. and Owen McCumber

22  PURSUANT TO STIPULATION, IT SO ORDERED:

23  IT IS SO ORDERED
    [signature]
24  Judge James Larson
    Magistrate Judge

    Date: December 8, 2005

STIPULATION AND [PROPOSED] ORDER
Case No. 05-04184                                        2